UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 07-227 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| HAI VAN NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:   Conspiracy to Distribute Marijuana; Manufacture of Marijuana

Date of Detention Hearing:   Initial Appearance May 4, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is charged by Complaint with involvement in what is described as a large-scale marijuana cultivation operation in Enumclaw, Washington. The complaint alleges that

DETENTION ORDER                                                                                   15.13
18 U.S.C. § 3142(i)                                                                              Rev. 1/91
PAGE 1

the defendant stated at the time of his arrest that he was hired and transported to the United States from Canada.

    2.    The defendant was not interviewed by Pretrial Services. There is no information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

    3.    Defendant does not contest detention.

    4.    Defendant poses a risk of nonappearance because of unknown background information and lack to ties to this District. He poses a risk of danger due to the nature of the charges.

    5.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of May, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge